UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Douglas M. Schleinz, | Case No. 20-cv-1896 (WMW/BRT) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| Cenlar FSB, | |
| Defendant. | |

Based upon the Stipulation of Dismissal, (Dkt. 41), and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that the above matter is **DISMISSED WITH PREJUDICE** as to Plaintiff Douglas M. Schleinz and **DISMISSED WITHOUT PREJUDICE** as to the putative class, without costs or disbursements awarded to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 7, 2021

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge