# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Douglas M. Schleinz, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 20-cv-1896 WMW/BRT |
| Cenlar FSB, | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the above matter is **DISMISSED WITH PREJUDICE** as to Plaintiff Douglas M. Schleinz and

**DISMISSED WITHOUT PREJUDICE** as to the putative class, without costs or disbursements

awarded to any party.

Date: 5/7/2021                                                                    KATE M. FOGARTY, CLERK